UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |  |
|---|---|---|
| SHEILA LYNN MILLER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:17-CV-456-REW |
| v. | ) | |
| | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), the Court:

(1) **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) **DISMISSES WITH PREJUDICE** Plaintiff's complaint (DE #1); and,

(3) **STRIKES** the matter from the Court's active docket.

This the 24th day of February, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge